**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-cr-00318 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ACCEPTING PLEA,** |
| VISHALKUMAR PATEL, | ) | **JUDGMENT, AND REFERRAL TO U.S.** |
| | ) | **PROBATION OFFICE** |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg recommending that the Court accept Defendant's guilty plea and enter a finding of guilty.  (ECF No. 23).  This matter was previously referred to the Magistrate Judge with the consent of the parties.  (ECF Nos. 21, 22).

On June 15, 2023, the grand jury issued an indictment that charged Defendant with two counts of mail fraud, in violation of 18 U.S.C. §§ 1341 and 2. (ECF No. 13).

On March 28, 2024, Magistrate Judge Greenberg held a change of plea hearing, during which the Defendant entered a plea of guilty to the indictment.  (ECF dkt. entry dated Mar. 28, 2024).  On the same date, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 23).

Any objections to the R&R were due on April 11, 2024.  (*Id.* at PageID #52).  Neither party submitted any objections.

On review of the record, the Court adopts the R&R.  Defendant Patel is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges

1

and of the consequences of entering a guilty plea.  He is also aware of the trial rights he waives/gives up by pleading guilty.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea is accepted.

Therefore, Defendant Patel is adjudged guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. §§ 1341 and 2.  This matter was referred to the U.S. Probation Office for the completion of a presentence investigation and report.  Sentencing will be held on July 15, 2024 at 1:00 p.m. in Courtroom 17A.

**IT IS SO ORDERED.**

Date:  April 16, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**